USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE QUEZADA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>THE NEW YORK TIMES COMPANY,<br><br>Defendant. | 1:21-cv-1406 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated: July 9, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**